UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARRY M. ANDREWS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HSBC BANK USA, N.A., AS TRUSTEE | : | |
| FOR FREMONT HOME LOAN TRUST | : | |
| 2006-C, MORTGAGE BACKED | : | |
| CERTIFICATES, SERIES 2006-C | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, et seq., Defendant, HSBC Bank USA, N.A., as Trustee for Fremont Home Loan Trust 2006-C, Mortgage Backed Certificates, Series 2006-C ("HSBC Bank as Trustee" or "Defendant"), by and through its undersigned counsel, for the purpose of removing this case to the United States District Court for the District of Massachusetts, respectfully state:

1.     **State Court Action.**  Plaintiff, Harry M. Andrews ("Plaintiff"), filed a *Verified Complaint and Jury Demand* ("Complaint") against Defendant on or about November 3, 2016 in the Superior Court of the Commonwealth of Massachusetts, Middlesex County, being Civil Action No.: 1677-CV-01709, on the docket of said Court; see **Exhibit A** attached hereto.

2.     **Federal Jurisdiction.**  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000.

## DIVERSITY

a.      Plaintiff, Harry M. Andrews, has alleged that he is a citizen of the Massachusetts. *Complaint*, ¶ 2.  28 U.S.C. § 1332(2).

b.      HSBC Bank USA, N.A. ("HSBC") is sued in its capacity as trustee for Fremont Home Loan Trust 2006-C, Mortgage Backed Certificates, Series 2006-C. *Complaint*, ¶ 3. As trustee, HSBC's citizenship controls for diversity purposes.  *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 461 (1980).  A national banking association's citizenship is determined solely by the location of its main office as designated in its articles of association.  *See* 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt,* 546 U.S. 303, 318 (2006); *Rouse v. Wachovia Mortg., FSB*, 747 F.3d 707, 709 (9th Cir. 2014) ("[U]nder 28 U.S.C. § 1348, a national bank is a citizen only of the state in which its main office is located.").  HSBC Bank as Trustee's main office is located in Delaware.  Therefore, HSBC Bank as Trustee is a citizen of Delaware for diversity purposes.

c.      Plaintiff and Defendant are thus completely diverse, and Defendant is not a citizen of Massachusetts.  28 U.S.C. §§ 1332(a)(1); 1441(b).

## AMOUNT IN CONTROVERSY

d.      Plaintiff acquired title to the real estate known as 3 Hemlock Street in Beverly, Massachusetts (the "Property") in 1974 by Deed recorded in the Essex (South) Registry of Deeds at book 6102, page 542.  *Complaint*, ¶ 5.

e.      Plaintiff refinanced the property on June 27, 2006 with a 30-year loan in the amount of $506,000 from Fremont Investment & Loan with an interest rate of 6.15% and a balloon payment, which loan is secured by a mortgage recorded in the Essex (South) Registry of Deeds at book 25876, page 534.  *Complaint*, ¶ 6.

       f.      Plaintiff alleges that the mortgage is presently serviced by Ocwen Mortgage Servicing, LLC ("Ocwen"), on behalf of the purported owner and holder of Plaintiff's mortgage by assignment, Defendant, HSBC Bank as Trustee.  *Complaint*, ¶ 7.

       g.      The amount in controversy exceeds $75,000.00 in that the Plaintiff, as owner of the Property, seeks, inter alia, an order preventing Defendant from foreclosing on the mortgage held by HSBC Bank as Trustee and encumbering the Property.

   **3.**     **Proper Venue.**  This court is the proper district court for removal because the Essex County Superior Court is located within the United States District Court for the District of Massachusetts.

   **4.**     **Timeliness of Removal Petition.**  Plaintiff filed this Complaint on or about November 3, 2016.  HSBC Bank as Trustee or its registered agent received service of process in this matter on or about December 15, 2016.[1]  This Notice of Removal is timely as it is filed within thirty (30) days of service as computed under applicable Federal Rule(s) of Civil Procedure.  Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

   **5.**     **Compliance.**  Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court for Essex County, where this action is pending and will serve such notice on Plaintiff in compliance with 28 U.S.C. §1446(d).  Certified copies of the entries in the Superior Court docket will be filed in connection with Defendant's Local Rule 81.1(a) submission.

   **6.**     **Relief Requested.**  Defendant respectfully requests that the United States District Court for the District of Massachusetts accept this Notice of Removal, and that it assume

---

[1] HSBC Bank as Trustee does not waive its right to contest whether service was made properly at a later time.

AM 60532682.1

jurisdiction of this cause of action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

DATED: December 27, 2016

Respectfully submitted,

HSBC BANK USA, N.A., AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-C, MORTGAGE BACKED CERTIFICATES, SERIES 2006-C
By its Attorneys,

LOCKE LORD LLP


/s/ Krystle G. Tadesse
Krystle G. Tadesse (BBO #673899)
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
krystle.tadesse@lockelord.com


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of December, 2016, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Krystle G. Tadesse